**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TATIANA CAROLINA CASTILLO-CARRERA, *Petitioner*,<br>v.<br>LUIS SOTO, in his official capacity as Director/Warden of Delaney Hall Detention Facility;<br>ARTHUR J. WILSON, JR. in his official capacity as Field Office Director, New Jersey Field Office, U.S. Immigration & Customs Enforcement;<br>TODD BLANCHE, in his official capacity as Attorney General, U.S. Department of Justice;<br>MARKWAYNE MULLIN, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; and<br>DAVID J. VENTURELLA, in his official capacity as Acting Director, U.S. Immigration & Customs Enforcement;<br>***Respondents.*** | **Civil Action No.: 3:26-cv-13008- GC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

So Ordered this 30th day of October, 2026. The Court LIFTS its order prohibiting Petitioner's transfer, (ECF No. 3.) The Clerk's Office is directed to TERMINATE the Motion pending at ECF No. 2 and CLOSE this matter.

Georgette Castner

GEORGETTE CASTNER, U.S.D.J.

**PLEASE TAKE NOTICE** that Petitioner Tatiana Carolina Castillo-Carrera , through undersigned counsel, hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Petitioner has been released from immigration custody on bond and no longer seeks relief in this action.

**Dated: 10/13/26**

Respectfully Submitted,

Alejandra Minogue

Alexandra Minogue, Esq.